# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

A USPS First Class Mail parcel with tracking number 9400 1118 9956 0411 7421 38 addressed to "Greg Sikora, 2604 County Road Y, Aniwa, WI 54408-9400" and containing the return address "US Jewel Supply, P.O. Box 1989, Alief Tx 77411."

Case Number: 13-m-655



USDC EDWI
FILED IN GREEN BAY DIV

OCT 17 2013

AT_____ O'CLOCK_____M
JON W. SANFILIPPO

TO: Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin

A USPS First Class Mail parcel with tracking number 9400 1118 9956 0411 7421 38 addressed to "Greg Sikora, 2604 County Road Y, Aniwa, WI 54408-9400" and containing the return address "US Jewel Supply, P.O. Box 1989, Alief Tx 77411."

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of Title 21 U.S.C. § 843(b), 841(a)(1), and 844.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _October 17_, 2013
*(not to exceed 14 days)*

❑ in the daytime 6:00 a.m. to 10:00 p.m.   ❑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States District Court Chief Judge William C Griesbach.

Date and time issued _Oct. 7_, 2013; _2:20_ p.m.

Judge's signature

City and state: Green Bay, Wisconsin

THE HONORABLE WILLIAM C GRIESBACH
United States District Court Chief Judge
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br>13-M-655 | Date and time Warrant executed<br>October 10, 2013 at 10:25 AM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Investigator Dan Bauknecht, Langlade County Sheriff's Department

Inventory of person or property taken and name of any person(s) seized:

First Class parcel with tracking number 9400 1118 9956 0411 7421 38 contained a manila colored Kraft "eco lite #000" bubble mailer that was sealed. This bubble mailer contained a pink colored mesh bag which held two pieces of costume jewelry-a diamond and pearl necklace and pair of diamond and pearl earrings. The mesh bag also contained a plastic zip loc bag that was labeled "Jewerly Cleaners, US Jewel Supply, Gift to You, Thank You 4 Shopping With Us" and contained small white rocks of irregular shape and size. The plastic bag and its contents weighed approximately 52 grams. I tested a small portion of one of the white rocks using the Nark II field test kit for a-PVP (alpha-Pyrrolidinopentiophenone) and received a positive test result.

**CERTIFICATION**

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/17/2013

_(Executing officer's signature)_

Subscribed, sworn to, and returned before me this date.

Matt Schmitz Postal Inspector
_(Printed name and title)_

_(U.S. Judge or Magistrate Judge)_

10-17-13
_(Date)_